JEFFREY F. GERSH (SBN 87124)
jgersh@gershderbylaw.com
COURTNEY E. CURTIS (SBN 245231)
ccurtis@gershderbylaw.com
GERSH | DERBY, LLP, Attorneys at Law
15821 Ventura Boulevard, Suite 515
Encino, California 91436
Telephone: (818) 536-5700
Facsimile:  (818) 981-4618

JS-6

Attorneys for Plaintiff
H2W, d/b/a SUN-STACHES

# UNITED STATES DISTRICT COURT

## CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| H2W, a California corporation, f/k/a Worldwide Dynasty, Inc., doing business as SUN-STACHES,<br><br>              Plaintiff,<br><br>      v.<br><br>TARGET CORPORATION, a Minnesota corporation; KOHL'S DEPARTMENT STORES, INC., a Delaware corporation; FANTAS EYES, INC., a New York corporation; DARICE, INC., an Ohio corporation; and DOES 1 through 10,<br><br>              Defendants. | CASE NO.:  CV14 00738 SVW (ASx)<br><br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES** |

GERSH | DERBY, LLP
ATTORNEYS AT LAW

**ORDER**

The Court, having read and considered the Stipulation for Dismissal of the Entire Action with Prejudice, filed by Plaintiff H2W, Inc. ("Plaintiff") and Defendants Target Corporation, Kohl's Department Stores, Inc., Fantas Eyes, Inc. and Darice, Inc. ("Defendants"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

a.    the entire action be dismissed with prejudice; and

b.    that the dismissal is without award of costs and fees to any party.

Dated: August 12, 2014

Hon. Steven V. Wilson
United States District Court Judge

GERSH | DERBY, LLP
ATTORNEYS AT LAW

1

**PROPOSED ORDER DISMISSING ACTION WITH PREJUDICE**